# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DUSTIN OLIVER,

Plaintiff,

v.

CITY OF VISALIA, et al.,

Defendants.

Case No. 1:26-cv-04447-JLT-SAB

ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE

**DEADLINE: SEPTEMBER 14, 2026**

On June 19, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for September 24, 2026. (ECF No. 7.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, no defendant has answered nor has Plaintiff filed a summons returned executed or other proof of service.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before September 14, 2026**, Plaintiff shall file a status report indicating the status of service upon Defendants; whether Plaintiff is prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the Defendants to appear in this action.

In addition, the Court ADVISES that Plaintiff must comply with Fed. R. Civ. P. 4(m), and Plaintiff should move for an extension of time to effectuate service should it be necessary.

IT IS SO ORDERED.

Dated: **September 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge