# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VISALIA, et al.,<br><br>Defendants. | Case No. 1:26-cv-04447-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE<br><br>(ECF Nos. 7, 8.) |

On September 10, 2026, the Court ordered Plaintiff to file a status report regarding his readiness for the initial scheduling conference set for September 24, 2026. (ECF No. 6.) Plaintiff timely filed a report detailing his attempts to serve Defendants and requesting that the Court continue the initial scheduling conference to allow additional time to effect service. (ECF No. 7.) The Court observes that a summons returned executed was filed for Defendant City of Visalia. (ECF No. 8.) Plaintiff, however, is still attempting to locate Defendant Corey Johnson to effect proper service of the summons and complaint. (ECF No. 7.) For good cause shown, the Court grants Plaintiff's the request and HEREBY ORDERS that the initial scheduling conference is CONTINUED to **November 17, 2026 at 2:30 p.m**.

IT IS SO ORDERED.

Dated: **September 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge